FILED: May 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4947
(5:11-cr-00155-BO-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ROGER VAN SANTVOORD CAMP

  Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Shedd and Judge Thacker.

         For the Court

         /s/ Patricia S. Connor, Clerk